AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. M-19-2060-M |
| Robert Esquivel | ) | |
| YOB: 1978  CITIZENSHIP: United States | ) | |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 29, 2019 in the county of Hidalgo in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | did knowingly and intentionally possess with the intent to distribute approximately 3.38 kilograms of methamphetamine a Schedule II controlled substance. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

approved by
AUSA KFR

Sworn to before me and signed in my presence.

Date: 8/30/19 - 8:27 a.m.

City and state: McAllen, Texas

_____
Complainant's signature

Janet Dougherty, U.S. HSI Special Agent
Printed name and title

_____
Judge's signature

U.S. Magistrate Judge Juan F. Alanis
Printed name and title

Attachment "A"

On August 29, 2019, Hidalgo County Sheriff's Office Deputy A. Pena conducted a traffic stop for a traffic violation on a vehicle. The driver of the vehicle was identified as Robert ESQUIVEL. Department of Homeland Security (DHS), Homeland Security Investigations (HSI), McAllen, Texas Office Special Agents and Task Force Officers conducted surveillance following ESQUIVEL back to his residence. When ESQUIVEL parked the vehicle outside of his residence HSI Special Agent and Task Force Officer approached ESQUIVEL asking for consent to search his residence. ESQUIVEL gave verbal consent and written consent to HSI Special Agents and Task Force Officers to search the residence. HSI Special Agents and Task Force Officers searched the residence and found a handgun and narcotics bundles weighing approximately 3.38 kg field testing positive for the characteristics of methamphetamine within the residence. Post-Miranda, ESQUIVEL admitted to knowingly storing drugs for others.